# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                   **Case No.  8:05-cv-976-T-30MAP**

**TWO REAL PROPERTIES, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO, LOCATED
AT 3696 LAKE HARNEY CIRCLE, GENEVA,
FL 32732, LEGALLY DESCRIBED IN
EXHIBIT A; SECOND PROPERTY LOCATED
AT 2371 WACCASSA DRIVE, GENEVA, FL
32732, LEGALLY DESCRIBED AS A PARCEL
OF LAND SITUATED ON SECTION 1,
TOWNSHIP 20 SOUTH, RANGE 32 EAST,
SEMINOLE COUNTY, FLORIDA,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #33).  In accordance with same,

it is **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on January 8, 2007.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-976.dismissal 33.wpd